IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELLEN REIN,                              )
                                         )    2:09-cv-02348-GEB-EFB
            Plaintiff,                   )
                                         )
       v.                                )    ORDER RE: SETTLEMENT AND
                                         )    DISPOSITION
THE STANDARD INSURANCE COMPANY,          )
UNIVERSITY OF THE PACIFIC LONG           )
TERM DISABILITY BENEFITS PLAN,           )
                                         )
            Defendants.                  )
_____         )

         Plaintiff filed a "Notice fo Settlement" on September 22, 2010, in which she states, "this matter has settled [and that] [t]he parties expect to document their agreement and dismiss this case within the standard time-frame." (ECF No. 33.)

         Therefore, a dispositional document shall be filed no later than October 13, 2010.  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

         The Final Pretrial Conference scheduled for October 4, 2010, is reset for hearing on December 6, 2010, at 11:00 a.m., in the event no dispositional document is filed, or if this action is not otherwise

dismissed.[1] Further, a joint final pretrial statement shall be filed seven (7) days prior to the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: September 22, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The final pretrial conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2